Gmail      ＼＜    ₁@gmail.com＞

### Why I was told it was not a rape?

**Cramer, Ernie** <ecramer@elmontepd.org>          Fri, Jun 7, 2019 at 10:23 AM
To: ˎ    ˂   @gmail.com＞
Cc: "Cramer, Ernie" <ecramer@elmontepd.org>


ƚ,

We have taken a report. Due to the confidential nature of what you have reported and the fact our emails can be viewed as public information I can't specifically comment on your case. You can come in and talk about your report. Although we are not defining at as a 261 at this time, that does not mean that circumstances will not change the coding of the report in the future. This will be forwarded to the detective bureau and they will have to conduct further follow up investigation. It would then be forwarded to the DA's office for filing consideration. As a department we take any victim reported crime seriously especially those involving a crime against a person. Please understand that these investigations are time consuming and detail oriented.


Your report number is #19-024117.


Ernie


*Ernie Cramer #500*

*Lieutenant*

*El Monte Police Department*

*11333 Valley Blvd..*

*El Monte, Ca. 91731*

*Office: (626) 580-2109*

*Email: ecramer@elmontepd.org*



**From:** [mailto: @gmail.com]
**Sent:** Friday, June 07, 2019 9:52 AM
**To:** Watch Commanders
**Subject:** Why I was told it was not a rape?

Hi,

I went to the station today and told the police someone I just met a few hours ago had sex with me when I passed out. After the interview I was told that it was not being considered a rape. Could you explain to me why it was not a rape when someone had sex with me when I was unable to know what I was doing? Is it DA's job to determine whether or not it was a rape?

In California a drunk night that ends in a sexual encounter can very well turn into lifetime sex offender registration and up to 8 years in prison. Many Californians are unaware of California Penal Code section 261 (a)(3), which reads:

*Rape is an act of sexual intercourse accomplished with a person not the spouse of the perpetrator where a person is prevented from resisting by any intoxicating or anesthetic substance, or any controlled substance, and this condition was known, or reasonably should have been known by the accused.*

**"Date rape"** is a term commonly used to describe nonconsensual sexual intercourse that takes place between people who (1) are or were dating, or (2) are voluntarily spending time together. While **date rape** sounds more casual than a typical California rape charge, the two are, in fact, one and the same. Both are prosecuted and punished under Penal Code 261 PC, California's rape law.

Thanks.