626 309 7664                                                             12:06:30    06-14-2019      7/12

*Officer Report for Incident 19-024117*                                                                                    Page 3 of 4

---

**Narrative**
Officer M. Tate #578

Investigative Narrative

On Friday 06-7-19 at approximately 0825 hours I was assigned to the front lobby as the desk officer. A female who identified herself as ▬▬▬ , walked in to make a rape report.

I activated my department issued PUMA audio recorder and recorded my conversation with ▬. She told me her American name is ▬

▬ told me she met a man named "Charlie Suarez" on "We Chat" on 04 01 19. "We Chat" is a messaging and social media application. She agreed to go out on a date with him. On Monday 04-05-19 at 1800 hours they met for dinner at Ocean Bo located at 3944 Peck Rd. Each of them drove themselves to the restaurant and after dinner they went their own ways.

She said she went home and had a sip of wine and at approximately 2027 hours they texted each other again. She agreed to meet him at her residence to go and have drinks. She said he told her he had Japanese whiskey and Spanish wine. She willingly gave him her address and he met her at her residence. She said she met him outside and she left with him in his vehicle to go sight seeing from a hilltop in Montebello. There she willingly drank whiskey with him. She said she was not forced to drink the alcohol and she did not observe anything out of the normal as he poured her drinks. He also drank whiskey with her.

At approximately 2300 hours on that same night, he drove her back to her residence and parked his vehicle on the street at Magnolia St. and Dee Ave. While both were seated inside the vehicle they drank wine. She wanted water so she got out of the vehicle and walked into her residence and retrieved a bottle of water while he remained inside the vehicle. She said she walked back out of her residence and continued to drink wine with Charlie while inside his vehicle.

▬ said she must have passed out because she does not remember what occurred after that. She said she woke up the next day 04-02-19 at approximately 0800 hours and was in bed inside of an unknown motel room with Charlie lying down next to her. She said she was naked and her "vagina burned" and she felt confused so she assumed she was raped. Charlie also woke up at the same time she did. ▬ told me she then had consentual vaginal sexual intercourse with Charlie after they woke up. She said she gave consent and willingly had sexual intercourse with him because she wanted to do so. She also told me it was "pointless" to say no to him since she assumed she had already had sex with him over night. ▬ said Charlie then dropped her off at home. Later on that day at approximately 1011 hours they sent texts to each other.

▬ and Charlie continued to text on "We Chat" and continued to have a relationship. She said they went out to dinner again on 05-03-19 and were supposed to meet at a motel in Los Angeles afterwards but she changed her mind and did not meet with him at the motel. Luo stated she stopped talking to Charlie on "We Chat" on 05-30-19 and agreed they both ended their relationship mutually.

06/14/19

626 309 7664     UIM SIU I: DVDS    12:07:05   06-14-2019    9/12

Officer Report for Incident 19-024117      Page 4 of 4

, showed me some texts on her cell phone between Charlie and her. I read a text in which he told her, "your pussy was so tight" and she replied "you haven't been with Asian". She then text him, "I haven't been with someone for 4 years". He then told her, "maybe we can do anal next time to give your pussy a break" and she replied "ok". She then messaged him "I can't wait to kiss you."

I asked , what made her think she was a victim of rape. She stated it was not typical of her to sleep with someone on her first date, so when she woke up in the morning and was naked at a motel she thought that she was raped. If she did not remember what happened then she was unable to give consent. She also stated no one threatened her or forced her to drink whiskey or wine or to see Charlie. She never saw Charlie or anyone else put anything into her drinks or into her food.

S— told me all she knows about Charlie is that he is a Hispanic male, approximately 33 years old who works at G&G Amament in South El Monte.

I ended my interview with . _ and subsequently down loaded the recording into PUMA as evidence at the El Monte Police Department. I explained to f that a miscellaneous report of the incident was taken.

END

06/14/19