@gmail.com>

## Meeting follow-up

**Peter Cagney** <PCagney@da.lacounty.gov>  Fri, Oct 11, 2019 at 10:29 AM
To: @gmail.com>
Cc: Elyse Alvarez <Elyse@peaceoverviolence.org>

Thank you for your email. We have already contacted LASD to acquire the texts and recorded interview. This review is going to take me weeks to do so I ask for your patience.



Peter J. Cagney
HEAD DEPUTY DISTRICT ATTORNEY
Pomona Branch Office

400 Civic Center Plaza, Room 201
Pomona, CA 91766
Tel.: (909) 620-3349
Fax: (909) 629-6876
E-mail: pcagney@da.lacounty.gov

JACKIE LACEY  •  DISTRICT ATTORNEY  •  LOS ANGELES COUNTY

This email is covered by Electronic Communications Privacy Act, 18 U.S.C. Section 2510-2521 and is legally privileged. This message and any attachments hereto may contain confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this email from your computer. The sender does not waive any privilege in the event this message was inadvertently disseminated.