UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| O.L, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF EL MONTE, et al., <br><br> Defendants. | Case No. 2:20-cv-00797-RGK (JDE) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Second Amended Complaint (Dkt. 40, "SAC") filed by Plaintiff O.L. ("Plaintiff"), the Motion to Dismiss the SAC filed by Defendants the City of El Monte, Michael Buckhannon, David Reynoso, and Martha Tate (collectively, "the City Defendants") (Dkt. 50, "the City Motion"), the Motion to Dismiss the SAC filed by Defendants the County of Los Angeles, Peter Cagney, June Chung, Liliana Jara, Jackie Lacey, Richard Ruiz, Karen Thorp, and Alex Villanueva (collectively, "the County Defendants") (Dkt. 51, "the County Motion"), the Joinder in the County Motion filed by the City Defendants (Dkt. 55), the Oppositions filed by Plaintiff to the City Motion and the County Motion (Dkt. 56, 57), the Replies filed by the City Defendants and

the County Defendants in support of their respective motions (Dkt. 60, 61), the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 66, "Report"), the Objections to the Report filed by Plaintiff (Dkt. 67), the Objections to the Report filed by the County Defendants (Dkt. 68), the Reply to the County Defendants' Objections filed by Plaintiff (Dkt. 69), and the Replies to Plaintiff's Objections filed by the City Defendants (Dkt. 70) and the County Defendants (Dkt. 71).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge except the Court does not, at this time, dismiss claims against DOE defendants to the extent such the claims against such DOE defendants relate to claims not dismissed by this Order.

IT IS HEREBY ORDERED that:

1. The City Motion (Dkt. 50) is GRANTED without leave to amend and with prejudice as to the First, Third, Fourth, Fifth, and Sixth Causes of Action;

2. The County Motion (Dkt. 51) is:
   a. GRANTED without leave to amend and with prejudice as to the First, Third, Fourth, Fifth, and Sixth Causes of Action as to the County of Los Angeles, Peter Cagney, June Chung, Jackie Lacey, Karen Thorp, Alex Villanueva, Liliana Jara, and Richard Ruiz;
   b. GRANTED without further leave to amend and with prejudice as to the second Cause of Action against the County of Los Angeles, Peter Cagney, June Chung, Jackie Lacey, Karen Thorp, and Alex Villanueva; and
   c. DENIED as to the Second Cause of Action against Liliana Jara and Richard Ruiz;

3. The Court declines to exercise supplemental jurisdiction over the remaining state law claims against Defendants the City of El Monte, Michael Buckhannon, David Reynoso, Martha Tate, the County of Los Angeles, Peter Cagney, June Chung, Jackie Lacey, Karen Thorp, and Alex Villanueva without prejudice to Plaintiff asserting such claims in state court;

4. The Court orders further proceedings with respect to the remaining state law claims only against Defendants Liliana Jara and Richard Ruiz stayed until further order of the Court; and

5. The Court hereby modifies its May 22, 2020 Preliminary Injunction (Dkt. 54) to release Defendants Peter Cagney, June Chung, Jackie Lacey, Karen Thorp, and Alex Villanueva from the Preliminary Injunction.

IT IS SO ORDERED.

Dated: July 31, 2020

*[signature]*
R. GARY KLAUSNER
United States District Judge