# UNITED STATES DISTRICT COURT
### Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

O.L.

V.

CITY OF EL MONTE, et al.

Case Number: 2:20-CV-00797- RGK- JDE

Judgment was entered in this action on __07/02/21__ / __264__ against __O.L.__
                                         Date         Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | | |
|---|---|---|
| Clerk's Fees (L.R. 54-3.1):……………………………………………………………………… | $ | |
| Fees for Service of Process (L.R. 54-3.2): ……………………… *Fees for service of process have been withdrawn.* | $0.00 | ~~195.00~~ |
| United States Marshal's Fees (L.R. 54-3.3):……………………………………………………… | | |
| Transcripts of Court Proceedings (L.R. 54-3.4):………………………………………………… | | |
| Depositions (L.R. 54-3.5): ……………… *$1,000.40 for depositions is not taxable under L.R. 54-3.5; no order provided.* | $1815.00 | ~~2,815.40~~ |
| Witness Fees - itemize on page 2 (L.R. 54-3.6):………………………………………………… | | |
| Interpreter's Fees (L.R. 54-3.7):………………………………………………………………… | | |
| Docket Fees (L.R. 54-3.8): ……………………………………………………………………… | | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9):……………………… | | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): . *Fees taxed under L.R. 54-3.10 were reduced.* | $36.30 | ~~39.00~~ |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): …………………………………………… | | |
| Other Costs - attach court order (L.R. 54-3.12):………………………………………………… | | |
| State Court Costs (L.R. 54-3.13):………………………………………………………………… | | |
| Costs on Appeal (L.R. 54-4): …………………………………………………………………… | | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): ……………………………………… | | |
| TOTAL $ | $1851.30 | ~~3,049.40~~ |

**NOTE: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[X] The Court's CM/ECF System

[ ] Conventional service by first class mail

[ ] Other _____

*Amanda G. Papac*
Signature

Amanda G. Papac, Esq.
Print Name

Attorney for: Defendants Liliana Jara and Richard Ruiz

Costs are taxed in the amount of   $1851.30

Kiry K. Gray
Clerk of Court

By:  /s/ M. Cash
Deputy Clerk

October 1, 2021
Date