UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 11 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| O. L.,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>LILIANA JARA; et al.,<br><br>        Defendants-Appellees. | No. 21-55740<br><br>D.C. No.<br>2:20-cv-00797-RGK-JDE<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 43), this appeal is voluntarily dismissed as to Defendants-Appellees CITY OF EL MONTE, DAVID REYNOSO, MARTHA TATE, and MICHAEL BUCKHANNON only. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court as to Defendants-Appellees CITY OF EL MONTE, DAVID REYNOSO, MARTHA TATE, and MICHAEL BUCKHANNON only.

The appeal remains pending as to all other parties.

FOR THE COURT:

By: Roxane G. Ashe
Circuit Mediator