|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 4 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

O. L.,

    Plaintiff-Appellant,

v.

LILIANA JARA; et al.,

    Defendants-Appellees.

No. 21-55740

D.C. No. 2:20-cv-00797-RGK-JDE
Central District of California, Los Angeles

ORDER

Before: BADE and LEE, Circuit Judges, and CARDONE,[*] District Judge.

Appellant's Motion to Withdraw as Counsel (Dkt. No. 70) is GRANTED, and the Motion to Proceed Pro Se (Dkt. 68) is DENIED as moot. Appellant's Motion to Recall and Stay the Mandate (Dkt. No. 69) is DENIED.

---

[*] The Honorable Kathleen Cardone, United States District Judge for the Western District of Texas, sitting by designation.