FILED

AUG 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| O. L.,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>LILIANA JARA; RICHARD RUIZ,<br><br>        Defendants-Appellees,<br><br> and<br><br>CITY OF EL MONTE; et al.,<br><br>        Defendants. | No.   21-55246<br><br>D.C. No.<br>2:20-cv-00797-RGK-JDE<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: MURGUIA, Chief Judge, CLIFTON and BRESS, Circuit Judges.

Appellant's motion for reconsideration (Docket Entry No. 3) is denied. *See* 9th Cir. R. 27-10.

No further filings will be entertained in this closed case.

MF/Pro Se