UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 30 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

O. L.,

          Plaintiff - Appellant,

 v.

LILIANA JARA and RICHARD RUIZ,

          Defendants - Appellees,

 and

CITY OF EL MONTE; et al.,

          Defendants.

No. 21-55246

D.C. No. 2:20-cv-00797-RGK-JDE
U.S. District Court for Central
California, Los Angeles

**MANDATE**

The judgment of this Court, entered April 19, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7